Form 156

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80162

IN THE MATTER OF:
Marvin Orlando Moran−Juarez   xxx−xx−0459
aka Marvin O. Jarez
aka Marvin D. Moran
Dolores E. Moran   xxx−xx−0152
aka Dolores Esperanza Moran
3044 Cornsilk Drive
Sanford, NC 27332

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Reaffirmation Hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 7/15/10 at 11:00 AM

to consider and act upon the following:

**Hearing is being re−noticed for 11:00 AM instead of 10:00 AM as stated in the Hearing noticed dated 4/26/2010**

Pro Se Reaffirmation Agreement Between Debtor and American Honda Finance Corp. Filed by Creditor American Honda Finance Corp.

**Debtor and Debtor's Attorney are required to attend Hearing**

Dated: 7/8/10                                                                 OFFICE OF THE CLERK/ drm

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.